GEORGE L. BOLTON, appellant,

*v.*

MARTIN PITNEY, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Pitney* v. *Bolton, 18 Stew. Eq. 639.*

*Mr. E. B. Leaming,* for the appellant.

*Mr. J. J. Crandall,* for the respondent.

PER CURIAM.

The decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, WHITAKER—11.

*For reversal*—None.